ACCEPTED
03-15-00585-CV
7035412
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 1:14:40 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00585-CV

**IN THE COURT OF APPEALS**
**THIRD JUDICIAL DISTRICT OF TEXAS**
**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 1:14:40 PM
JEFFREY D. KYLE
~~Clerk~~

### CATHY A. OLSEN,

**APPELLANT,**

**v.**

### LPP MORTGAGE, LTD.,

**APPELLEE.**

**Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Case No. C-1-CV-15-002860**
**Hon. Eric Shepperd, Presiding**

## NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Please take notice that the undersigned and the law firm of Mackie Wolf Zientz & Mann, P.C., hereby appear as counsel for Appellee LPP MORTGAGE, LP, and request all notices given or required to be given in this case, and all papers served or required to be served in this case, including, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this

case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise be served upon the undersigned attorney at the following address:

Mark D. Cronenwett
MACKIE WOLF ZIENTZ & MANN, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, Texas  75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
mcronenwett@mwzmlaw.com

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2015, a true and correct copy of the foregoing was served via regular U.S. mail to the *pro se* Appellant listed below:

Cathy Olsen
11405 Madrid Dr.
Austin, TX 78759

/s/ Mark D. Cronenwett
**MARK D. CRONENWETT**